IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JIMMY GEORGE CAVITT, III                                                    PLAINTIFF

v.                                  No. 3:20-cv-326-DPM

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                              DEFENDANT

## ORDER

After the recommendation was filed, the Court received the parties' consents to the Magistrate Judge's jurisdiction. In the circumstances, the Court will review that recommendation. The Court adopts Magistrate Judge Ray's unopposed recommendation, *Doc. 21*. FED. R. CIV. P. 72(b) (1983 addition to the advisory committee notes).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

28 April 2022