IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JIMMY GEORGE CAVITT, III**                                              PLAINTIFF

v.                          No. 3:20-cv-326-DPM

**KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration**                                          DEFENDANT

## JUDGMENT

The Commissioner's decision is reversed, and the case is remanded to the Social Security Administration with instructions. The record must be developed at step five. The conflict between the vocational expert's testimony and the *Dictionary of Occupational Titles* about the effect of Cavitt's ability to reach must be resolved. This is a "sentence four" remand. 42 U.S. C. § 405(g); *Melkonyan v. Sullivan*, 510 U.S. 89, 98, 101–02 (1991).

_____
D.P. Marshall Jr.
United States District Judge

28 April 2022