IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JIMMY GEORGE CAVITT III**  PLAINTIFF

v.  No. 3:20-cv-326-DPM

**KILOLO KIJAKAZI, Acting Commissioner
of Social Security Administration**  DEFENDANT

ORDER

The Government hasn't objected to Cavitt's motion for an award of fees under 28 U.S.C. § 2412(d). The hours and fees are reasonable. The unopposed motion, *Doc. 24*, is therefore granted. The Court awards $6,178.78 — reasonable attorney's fee of $6,149.00 and $29.78 in expenses — payable directly to Cavitt. *Astrue v. Ratliff*, 560 U.S. 586, 591 (2010). The check should be mailed to Cavitt's lawyer.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 June 2022